Stephen E. WILLIAMS, Petitioner,

v.

SOCIAL SECURITY ADMINISTRATION, Respondent.

No. 2009–3020.

United States Court of Appeals, Federal Circuit.

Dec. 1, 2008.

Phillip R. Kete, American Fed. of Govt. Employees, Baltimore, MD, for Petitioner.

Jacob A. Schunk, Maame A.F. Ewusi–Mensah, Department of Justice, Washington, DC, for Respondent.

## ORDER

Petitioner having filed the required Statement Concerning Discrimination,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's November 25, 2008 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) Respondent's brief is due on or before December 22, 2008.

Marshall L. BAINES, Claimant–Appellant,

v.

James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.

No. 2009–7003.

United States Court of Appeals, Federal Circuit.

Dec. 1, 2008.

## ORDER

ON MOTION

Upon consideration of Marshall L. Baines' unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.